No. 89–440. CLARDY, EXECUTRIX OF THE ESTATE OF CLARDY, ET AL. *v.* SANDERS. Sup. Ct. Ala. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–441. MENARD-SANFORD ET AL. *v.* A. H. ROBINS CO., INC., ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–442. ANDERSON ET AL. *v.* AETNA CASUALTY & SURETY CO. ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–456. VINTAGE ENTERPRISES, INC. *v.* JAYE ET UX. Sup. Ct. Ala. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–295. STONE *v.* WILLIAMS ET AL. C. A. 2d Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 89–5279. WEST *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 89–5634. PERRY *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 88–6895. HEIGHTLAND *v.* UNITED STATES, *ante,* p. 826;
No. 88–7362. MCDONALD *v.* YELLOW CAB METRO, INC., *ante,* p. 833;
No. 88–7364. MARTINEZ *v.* NEW MEXICO ET AL., *ante,* p. 833;
No. 88–7580. MCDONALD *v.* JOHNSON, *ante,* p. 843;
No. 88–7609. MATHEWS *v.* LOUISIANA ET AL., *ante,* p. 844;
No. 88–7622. MCDONALD *v.* TENNESSEE, *ante,* p. 845;

No. 89–5012.  STURM v. CALIFORNIA, *ante*, p. 856;

No. 89–5027.  MCDONALD v. METROPOLITAN GOVERNMENT FOR NASHVILLE AND DAVIDSON COUNTY ET AL., *ante*, p. 857;

No. 89–5035.  LUCAS v. UNITED STATES, *ante*, p. 857;

No. 89–5070.  MCDONALD v. ONOH, *ante*, p. 859;

No. 89–5172.  MOON v. NEWSOME ET AL., *ante*, p. 863;

No. 89–5311.  PARKER v. PARSONS, WARDEN, ET AL., *ante*, p. 883; and

No. 89–5415.  CONNELLY v. GROSSMAN ET AL., *ante*, p. 870. Petitions for rehearing denied.

No. 88–5861.  GUZMAN v. CALIFORNIA, 488 U. S. 1050; and

No. 88–5988.  IN RE MARTIN, 489 U. S. 1009.  Motions for leave to file petitions for rehearing denied.

### NOVEMBER 13, 1989

No. 89–52.  UNITED STATES v. ALBERTSON.  C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 53.

No. — – ——.  FIREY v. WASHINGTON ET AL.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–299 (89–555).  MUSSLEWHITE v. STATE BAR OF TEXAS. Sup. Ct. Tex.  Application for stay and other relief, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. D–799.  IN RE DISBARMENT OF DAVIS.  Disbarment entered.  [For earlier order herein, see 492 U. S. 931.]

No. D–802.  IN RE DISBARMENT OF ROLLMAN.  Disbarment entered.  [For earlier order herein, see 492 U. S. 931.]

No. D–803.  IN RE DISBARMENT OF DiRICCO.  Disbarment entered.  [For earlier order herein, see 492 U. S. 931.]

No. D–828.  IN RE DISBARMENT OF KAVANAUGH.  It is ordered that Michael Joseph Kavanaugh, of Millford, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.